#36

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| vs * | ~~CRIMINAL~~ NO. B-99-006   Misc. |
| MARIA ANTONIETTA ESPINOZA-TORRES * | |

## ORDER

Upon consideration of the Defendant's Motion For Reconsideration of the Court's Order Certifying Extraditaditability, it is hereby ORDERED that such Motion should be and is hereby DENIED.

Done at Brownsville, Texas, this the _____ day of March, 1999.

_____
JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK

_____
Deputy Clerk